```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0178--CV (JKS)
            "TANISHA BOZEMAN V PROGRESSIVE CASUALTY INS ET"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/28/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance
                   CONTRACTUAL ISSUES
            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 07/28/05 receipt # 00126241
          Trial by: Jury
```

```
Parties of Record:                              Counsel of Record:

PLF 1.1          BOZEMAN, TANISHA               Philip D. Maloney
                                                2525 C Street, Suite 425
                                                Anchorage, AK 99503
                                                907-770-0007
                                                FAX 907-222-0007

DEF 1.1          PROGRESSIVE CASUALTY INSURANCE CO    Gary A. Zipkin
                                                Guess & Rudd
                                                510 L Street, Suite 700
                                                Anchorage, AK 99501
                                                907-793-2200
                                                FAX 907-793-2299

DEF 2.1          INTEGRITY INSURANCE AGENCY LLC Thomas A. Matthews
                                                Matthews & Zahare
                                                431 W. 7th Avenue, Suite 207
                                                Anchorage, AK 99501
                                                907-276-1516
                                                FAX 907-276-8955
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0178--CV (JKS)
                       "TANISHA BOZEMAN V PROGRESSIVE CASUALTY INS ET"

                                     For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/28/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance
                   CONTRACTUAL ISSUES
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 07/28/05 receipt # 00126241
         Trial by: Jury


Document #   Filed       Docket text

     1 -  1  07/28/05    DEF 1 Notice of Removal from Superior Court case no. 3AN-05-7442CI.

     2 -  1  07/28/05    DEF 1 Notice of filing of notice of removal.

     3 -  1  07/28/05    DEF 1 Notice of compliance w/att exhs.

     3 -  2  07/28/05    DEF 1 Jury Demand.

     4 -  1  07/28/05    DEF 1 Service List.

     5 -  1  07/28/05    DEF 1 Answer to First Amended Complaint.

     6 -  1  08/02/05    JKS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                         file w/crt w/i 10 days copies of state crt docs and svc list. cc: cnsl

     7 -  1  08/26/05    DEF 2 Attorney Appearance of T. Matthews.

     8 -  1  08/26/05    PLF 1 motion to remand to the Superior Court for the State of Alaska
                         w/att memo.

     9 -  1  09/09/05    DEF 1 opposition to PLF 1 motion to remand to the Superior Court for the
                         State of Alaska (8-1) w/att exh.

    10 -  1  09/13/05    DEF 2 opposition to PLF 1 motion to remand to the Superior Court for the
                         State of Alaska (8-1) w/att exh & aff.

    11 -  1  09/19/05    PLF 1 reply to opposition to PLF 1 motion to remand to the Superior
                         Court for the State of Alaska (8-1).

    12 -  1  09/20/05    DEF 1 motion for hearing on plfs mot to remand.

    13 -  1  10/04/05    JKS Order denying motion to remand to the Superior Court for the State
                         of Alaska (8-1), motion for hearing on plfs mot to remand (12-1); plf to
                         show cause to D2's oppo to remand, construed as a motion to dismiss due
                         11/7/05; should plf oppo D2's mot to dsmss, D2 may file a reply. cc:
                         cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0178--CV (JKS)
                         "TANISHA BOZEMAN V PROGRESSIVE CASUALTY INS ET"

                                        For all filing dates


Document #    Filed       Docket text

    14 -   1  10/17/05    JKS Minute Order re plf to file proof of service re D2. cc: cnsl

    15 -   1  11/01/05    JKS Minute Order (warning) re pltf to file proof of service re D2 due
                          w/in 120 days from flg of complaint or def may be dismissd. cc: cnsl

    16 -   1  11/07/05    PLF 1 Return of Service Executed re: DEF 2 on 7/25/05.

    17 -   1  11/07/05    PLF 1 opposition to Integrity's motion to dismiss.

    18 -   1  11/08/05    JKS Minute Order re pltf to require an answer from D2 due w/in 20 days.
                          cc: cnsl

    19 -   1  11/15/05    DEF 2 reply to plf opposition to Integrity's mot to dismiss. PLF 1
                          motion to remand to the Superior Court for the State of Alaska (8-1).

    20 -   1  11/21/05    DEF 2 Answer to 1st Amended Complaint.

    21 -   1  11/22/05    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/in 28 days from svc of this ord. cc: cnsl
```