FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 3: 36

Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY and<br>INTEGRITY INSURANCE<br>AGENCY, LLC<br><br>    Defendant. | U.S. District Court Case No.<br>A05-178 CV(JKS)<br><br>Superior Court Case No.<br>3AN-05-7442 CI |

DISCLOSURE STATEMENT

Progressive Casualty Insurance Company, by and through its attorneys, Guess & Rudd P.C., hereby complies with Rule 7.1(a) of the Federal Rules of Civil Procedure by identifying The Progressive Corporation as its parent corporation, which holds 100% of the stock of Progressive Casualty.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Bozeman v. Progressive; Case No. A05-178 CV (JKS)
Disclosure Statement

Page 1 of 2



DATED at Anchorage, Alaska, this ___8th___ day of December, 2005.

                                GUESS & RUDD P.C.
                                Attorneys for Progressive Casualty
                                Insurance Company

                            By: _____
                                Gary A. Zipkin
                                Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I hereby certify that on the
_____ day of December, 2005, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska 99503

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501

Guess & Rudd P.C.

By _____
F:\data\5200\117\pleading\08disclosestate.doc

Bozeman v. Progressive; Case No. A05-178 CV (JKS)
Disclosure Statement

Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299