**FILED**
DEC 20 2005

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and INTEGRITY INSURANCE AGENCY, LLC,<br><br>　　　　　　Defendants. | Case No. A05-0178 CV (JKS)<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

___  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims against Integrity Insurance Agency, LLC, are dismissed.

APPROVED:

_/s/ James K. Singleton_
**JAMES K. SINGLETON, JR.**
United States District Judge

12/19/05
Date

on 12/20/05

IDA ROMACK
Clerk

_/s/_
(By) Deputy Clerk

A05-0178--CV (JKS)
T. MALONEY (MALONEY)
J. ZIPKIN (GUESS)
T. MATTHEWS
J&J 11923

24