UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 22 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

TANISHA BOZEMAN    v.    PROGRESSIVE CASUALTY INS. CO., et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                              CASE NO. A05-0178 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 22, 2005

__   A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

  __   File Rule 16(b) status report within 15 days from the date of this minute order.

  __   Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

  __   This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

xx   A Scheduling and Planning Conference Report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order. The deficiencies are noted below. A _complete_ report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order. Deficiencies: **Date specific for close of Discovery.**

A05-0178--CV (JKS)   pm 12/22/05
--------------------------------
✓P. MALONEY (MALONEY)
✓B. ZIPKIN (GUESS)

[]{IIA2.WPD*Rev.12/96}

26