Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516 Telephone
(907) 276-8955 Facsimile
E-mail: tomm@matthewszahare.com

Attorneys for Defendant Integrity Insurance Agency, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC )<br>)<br>Defendant. )<br>_____ ) | U.S. District Court Case No.<br>A05-178 CV(JKS)<br><br>Superior Court Case No.<br>3AN-05-7442 CI |

**AFFIDAVIT OF THOMAS A. MATTHEWS**

STATE OF ALASKA              )
                                                  )ss.
THIRD JUDICIAL DISTRICT  )

I, Thomas A. Matthews, after being duly sworn upon oath, depose and state as follows:

1. I am an attorney with Matthews & Zahare, P.C., have principal responsibility for the defense of this matter. This affidavit is based upon my personal knowledge.

Aff. of Thomas A. Matthews
*Bozeman v. Progressive, et al. / A05-0178 CV*
TAM:sk\113-39\AttyFeesAff.doc

2. The following lawyers, at the billing rates stated, have worked the following number of hours in defense of this action:

Thomas A. Matthews (TAM): 19.1 hours @ $175 per hour

Kenneth G. Schoolcraft (KGS): 37.8 hours @ $165 per hour

3. The following amount has been billed to the client and its insurer in this action: $6,517. There remains to be billed the following amount: $3,062.50. Total attorney's fees reasonably and necessarily incurred to December 30, 2005, were $9,579.50.

4. Attached hereto as Exhibit A is a true and correct copy of the invoice that has been sent to Integrity and its insurer in defense of this matter. Attached as Exhibit B is a true and correct copy of the draft invoice showing time not yet billed, but necessarily incurred in the defense of this matter.

Date: 1/5/06

Thomas A. Matthews
Alaska Bar No. 8511179

Subscribed and sworn to before me this 5th day of January 2006 at Anchorage, Alaska.

Shirley Kelly
Notary Public for Alaska
My commission expires: 9-18-08

Aff. of Thomas A. Matthews
*Bozeman v. Progressive, et al. / A05-0178 CV*
TAM:sk\113-39\AttyFeesAff.doc

2 of 2

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com