**MATTHEWS & ZAHARE, P.C.**
Attorneys at Law
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
Federal I.D. No. 92-0149452

|  |  |
|---|---|
| GE CI<br>Employers Reinsurance Corporation<br>Attn: Special Claims Department<br>5200 Metcalf Street, P.O. Box 2979<br>Overland Park KS 66201-1379 | Page: 1<br>November 08, 2005<br>File No. 113-039M<br>Statement No: 10058 |

Attn: Anne Payne

Bozeman v. Integrity Insurance, et al.

Insured: Integrity Insurance Agency, LLC
Claimant: Tanisha Bozeman
Claim No. 608035
Policy No. PAL101267-6

|  |  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|---|
| 08/25/2005 |  |  |  |  |  |  |  |
|  | TAM | L110 | A104 | Review/analyze fax from Anne Payne re: new Integrity suit. | 175.00 | 0.30 | 52.50 |
|  | TAM | L110 | A104 | Review/analyze communications from Anne Payne re: immediate help needed on overdue claim. | 175.00 | 0.10 | 17.50 |
|  | TAM | L110 | A106 | Communicate (with client) Call to R. Cook re: assignment to defend Bozeman, and related issues re: same. | 175.00 | 0.20 | 35.00 |
|  | TAM | L110 | A103 | Draft/revise e-mail to R. Cook re: Bozeman suit needs, and related issues. | 175.00 | 0.20 | 35.00 |
|  | TAM | L110 | A103 | Draft/revise follow-up e-mail to R. Cook re: dec sheet needed. | 175.00 | 0.10 | 17.50 |
|  | TAM | L210 | A107 | Communicate (other outside counsel) Call to D. Maloney re: representation of Integrity and related issues. | 175.00 | 0.10 | 17.50 |
|  | TAM | L210 | A107 | Communicate (other outside counsel) Call to G. Zipkin re: representation of Integrity and need for information. | 175.00 | 0.10 | 17.50 |
|  | TAM | L140 | A108 | Communicate (other external) Call to Anne Payne re: new suit assignment and related issues re: initial fact investigation. | 175.00 | 0.20 | 35.00 |
|  | TAM | L210 | A103 | Draft/revise e-mail to G. Zipkin re: pleading issues, and related concerns re: status of Integrity in new suit involving Progressive. | 175.00 | 0.20 | 35.00 |
|  | TAM | L210 | A104 | Review/analyze court docket re: case status and related issues re: possible removal. | 175.00 | 0.40 | 70.00 |
|  | TAM | L210 | A103 | Draft/revise Entry of appearance. | 175.00 | 0.10 | 17.50 |
|  | TAM | L120 | A103 | Draft/revise letter to Anne Payne re: suit |  |  |  |

Exhibit **A**
Page **1** of **6**

GE CI  Case 3:05-cv-00178-TMB   Document 29-3   Filed 01/05/2006   Page 2 of 6

Page: 2
November 08, 2005
File No.  113-039M
Statement No:  10058

Bozeman v. Integrity Insurance, et al.

| Date | Atty | Task | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| | TAM | L210 | A103 | acknowledgment and related issues. | 175.00 | 0.20 | 35.00 |
| | TAM | L210 | A104 | Draft/revise letter to Maloney re: appearance and time to answer. | 175.00 | 0.10 | 17.50 |
| | TAM | L210 | A103 | Review/analyze e-mail from G. Zipkin re: removal. | 175.00 | 0.10 | 17.50 |
| | | | | Draft/revise Entry of Appearance for federal action. | 175.00 | 0.10 | 17.50 |
| 08/29/2005 | TAM | L110 | A104 | Review/analyze e-mail from G. Zipkin re; fraudulent joinder arguments and removal. | 175.00 | 0.20 | 35.00 |
| | TAM | L110 | A104 | Review/analyze fax from R. Cook with Application and declarations pages of Progressive policy. | 175.00 | 0.50 | 87.50 |
| 09/01/2005 | TAM | L250 | A107 | Communicate (other outside counsel) Call from Aisha Tinker Bray re: motion to remand, fraudulent joinder issues and related matters re: service. | 175.00 | 0.30 | 52.50 |
| | TAM | L250 | A104 | Review/analyze e-mail from Aisha Bray re: pleadings and motion papers. | 175.00 | 0.10 | 17.50 |
| | TAM | L250 | A104 | Review/analyze Motion to Remand. | 175.00 | 0.40 | 70.00 |
| 09/02/2005 | TAM | L250 | A104 | Review/analyze removal issues raised by Progressive's fraudulent joinder arguments. | 175.00 | 0.60 | 105.00 |
| | TAM | L120 | A103 | Draft/revise letter to Anne Payne re; fraudulent joinder motion, and opportunity presented by same. | 175.00 | 0.40 | 70.00 |
| | TAM | L120 | A103 | Draft/revise e-mail to R. Cook re: motion to dismiss. | 175.00 | 0.10 | 17.50 |
| | TAM | L120 | A104 | Review/analyze e-mail from Anne Payne re: motion to dismiss and fraudulent joinder issues. | 175.00 | 0.10 | 17.50 |
| | KGS | L110 | A104 | Review/analyze pleadings and other available documents. | 165.00 | 1.80 | 297.00 |
| | KGS | L110 | A107 | Communicate (other outside counsel) with Progressive lawyer re: status. | 165.00 | 0.30 | 49.50 |
| | KGS | L120 | A104 | Review/analyze defenses and strategy for defense. | 165.00 | 0.50 | 82.50 |
| 09/06/2005 | TAM | L110 | A104 | Review/analyze policy declarations, allegations in complaint and related issues re: alleged misconduct in placing policy, and lack of any real allegations re: same in preparation for client meeting. | 175.00 | 0.50 | 87.50 |
| | TAM | L110 | A106 | Communicate (with client) Conference with Richard and Cori Cook re: fact allegations, file materials, documents and related | | | |

Exhibit  A
Page  2  of  6

Case 3:05-cv-00178-TMB   Document 29-3   Filed 01/05/2006   Page 3 of 6

GE CI

Page: 3
November 08, 2005
File No. 113-039M
Statement No: 10058

Bozeman v. Integrity Insurance, et al.

| Date | Atty | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | KGS | L120 | A106 | matters in preparation for initial motion to dismiss and strategy meeting. | 175.00 | 1.00 | 175.00 |
| | KGS | L120 | A106 | Communicate (with client) with client about claim and conference. | 165.00 | 0.20 | 33.00 |
| | KGS | L110 | A106 | Communicate (with client) with client about status file, and course for proceeding. | 165.00 | 0.80 | 132.00 |
| | KGS | L120 | A102 | Research legal authority to support opposition to motion to remand. | 165.00 | 2.20 | 363.00 |
| | KGS | L240 | A103 | Draft/revise opposition to motion to remand. | 165.00 | 1.80 | 297.00 |
| | KGS | L240 | A102 | Research standard for dismissing sham defendants. | 165.00 | 0.70 | 115.50 |
| | KGS | L110 | A104 | Review/analyze client file. | 165.00 | 0.50 | 82.50 |
| 09/07/2005 | | | | | | | |
| | TAM | L110 | A104 | Review/analyze fax from Cori re: producer *redacted* Risk placement. | 175.00 | 0.40 | 70.00 |
| | TAM | L110 | A106 | Communicate (with client) Call to Cori Cook re: assigned risk plan issues, documentation, and understanding of *redacted* | 175.00 | 0.30 | 52.50 |
| | TAM | L250 | A104 | Review/analyze communications from Zipkin re: motion to remand. | 175.00 | 0.10 | 17.50 |
| | TAM | L250 | A107 | Communicate (other outside counsel) Call to G. Zipkin re: mutual interest issues re: motion to remand, standing issues and related matters. | 175.00 | 0.30 | 52.50 |
| | TAM | L110 | A104 | Review/analyze Assigned risk plan issues. | 175.00 | 0.40 | 70.00 |
| 09/08/2005 | | | | | | | |
| | TAM | L110 | A106 | Communicate (with client) call to Cori Cook re: WAIIP manual needs and file documents. | 175.00 | 0.10 | 17.50 |
| | KGS | L120 | A102 | Research governing caselaw for response to motion to remand. | 165.00 | 1.30 | 214.50 |
| | KGS | L250 | A103 | Draft/revise motion to file amicus brief. | 165.00 | 0.50 | 82.50 |
| | KGS | L240 | A103 | Draft/revise opposition to motion to remand. | 165.00 | 1.20 | 198.00 |
| | KGS | L110 | A104 | Review/analyze insurance policy. | 165.00 | 0.50 | 82.50 |
| 09/09/2005 | | | | | | | |
| | TAM | L250 | A104 | Review/analyze potential arguments re: standing, failure to state a claim and failure to identify factual support for elements of broker claim. | 175.00 | 0.50 | 87.50 |
| | KGS | L110 | A104 | Review/analyze Alaska Auto Insurance Plan. | 165.00 | 0.70 | 115.50 |
| | KGS | L240 | A103 | Draft/revise opposition to motion to remand. | 165.00 | 2.60 | 429.00 |

Exhibit _A_
Page _3_ of _6_

Bozeman v. Integrity Insurance, et al.

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 09/11/2005 | | | | | | | |
| | KGS | L120 | A102 | Research good faith and fair dealing principles argued by Plaintiff. | 165.00 | 0.70 | 115.50 |
| | KGS | L120 | A104 | Review/analyze cases addressing good faith and fair dealing. | 165.00 | 0.70 | 115.50 |
| 09/12/2005 | | | | | | | |
| | TAM | L120 | A104 | Review/analyze Progressive arguments re: sham joinder and response to remand. | 175.00 | 0.50 | 87.50 |
| | TAM | L110 | A104 | Review/analyze client communications re: [redacted] | 175.00 | 0.40 | 70.00 |
| | TAM | L250 | A104 | Review/analyze draft opposition to remand re: additional arguments to make re; standing. | 175.00 | 0.60 | 105.00 |
| | KGS | L120 | A102 | Research California bad faith cases. | 165.00 | 0.60 | 99.00 |
| | KGS | L240 | A103 | Draft/revise opposition to remand motion. | 165.00 | 2.90 | 478.50 |
| | KGS | L120 | A107 | Communicate (other outside counsel) with Progressive lawyer re: opposition. | 165.00 | 0.20 | 33.00 |
| | KGS | L240 | A103 | Draft/revise affidavit supporting opposition. | 165.00 | 0.80 | 132.00 |
| | KGS | L240 | A106 | Communicate (with client) with client re: affidavit. | 165.00 | 0.20 | 33.00 |
| | KGS | L240 | A104 | Review/analyze Progressive's opposition to remand motion. | 165.00 | 0.30 | 49.50 |
| | KGS | L240 | A104 | Review/analyze currency of authority cited. | 165.00 | 0.40 | 66.00 |
| 09/13/2005 | | | | | | | |
| | TAM | L250 | A103 | Draft/revise additional sections of opposition brief re: standing issues and related matters re: failure to state a claim against broker for response to Plaintiff's motion. | 175.00 | 2.50 | 437.50 |
| | TAM | L250 | A103 | Draft/revise and Finalize oppositions to Motion to Remand. | 175.00 | 0.70 | 122.50 |
| | KGS | L120 | A104 | Review/analyze fax from client re: affidavit. | 165.00 | 0.20 | 33.00 |
| | KGS | L240 | A103 | Draft/revise client affidavit. | 165.00 | 0.20 | 33.00 |
| | KGS | L240 | A106 | Communicate (with client) with client re: affidavit. | 165.00 | 0.20 | 33.00 |
| | KGS | L120 | A106 | Communicate (with client) with client re: defenses. | 165.00 | 0.20 | 33.00 |
| | KGS | L240 | A103 | Draft/revise proposed order on remand motion. | 165.00 | 0.20 | 33.00 |
| 09/21/2005 | | | | | | | |
| | KGS | L120 | A104 | Review/analyze plaintiff's reply brief on remand motion. | 165.00 | 0.10 | 16.50 |
| | KGS | L120 | A104 | Review/analyze defendant's request for a hearing on remand. | 165.00 | 0.10 | 16.50 |
| 09/26/2005 | | | | | | | |
| | TAM | L250 | A104 | Review/analyze Plaintiff's reply brief re: | | | |

Exhibit A
Page 4 of 6

Case 3:05-cv-00178-TMB     Document 29-3     Filed 01/05/2006     Page 5 of 6

GE CI

Page: 5
November 08, 2005
File No. 113-039M
Statement No: 10058

Bozeman v. Integrity Insurance, et al.

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | | | remand. | 175.00 | 0.20 | 35.00 |
| TAM | L250 | A104 | Review/analyze Progressive's request for hearing. | 175.00 | 0.10 | 17.50 |
| TAM | L250 | A107 | Communicate (other outside counsel) Call from G. Zipkin re: case status and motion hearing. | 175.00 | 0.20 | 35.00 |

10/05/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| TAM | L250 | A104 | Review/analyze court order re: remand and potential dismissal of Integrity. | 175.00 | 0.40 | 70.00 |
| KGS | L120 | A104 | Review/analyze court order denying plaintiff's motion to remand. | 165.00 | 0.20 | 33.00 |

10/06/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| TAM | L120 | A103 | Draft/revise e-mail to clients re: court ruling on initial motion to remand. | 175.00 | 0.30 | 52.50 |
| TAM | L120 | A104 | Review/analyze e-mail from Cori Cook re: court ruling. | 175.00 | 0.10 | 17.50 |
| | | | For Current Services Rendered | | 38.60 | 6,517.00 |

### Summary

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Thomas A. Matthews | Shareholder | 14.80 | $175.00 | $2,590.00 |
| Kenneth G. Schoolcraft | Of Counsel | 23.80 | 165.00 | 3,927.00 |

### Expenses

| | | | | |
|---|---|---|---|---|
| 09/07/2005 | B110 | E102 | Outside printing (Alaska Legal - Obtain client documents for forwarding with discovery production) | 38.34 |
| 09/15/2005 | B110 | E102 | Outside printing (Alaska Legal Copy - Obtain Integrity Auto Insurance notebook documents for client file and discovery purposes) | 47.10 |
| 09/23/2005 | B110 | E105 | Telephone (Long Distance (Aug./Sept. '05) Kansas City, MO (x1); Fairbanks, AK (x1)) | 4.24 |
| 09/30/2005 | B110 | E101 | Copies at .10 per page (x498) | 49.80 |
| | | | Total Expenses | 139.48 |

| | |
|---|---|
| Total Fees and Expenses Accrued This Statement | 6,656.48 |
| Balance Due | $6,656.48 |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 6,517.00 | 139.48 | 0.00 | 0.00 |

### Task Code Summary

| | | | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 139.48 |

Exhibit __A__
Page __5__ of __6__

GE CI

Page: 6
November 08, 2005
File No. 113-039M
Statement No: 10058

Bozeman v. Integrity Insurance, et al.

|      |                                               |          | Expenses |
|------|-----------------------------------------------|---------:|---------:|
| B100 | Administration                                | 0.00     | 139.48   |
| L110 | Fact Investigation/Development                | 1581.50  | 0.00     |
| L120 | Analysis/Strategy                             | 1485.50  | 0.00     |
| L140 | Document/File Management                      | 35.00    | 0.00     |
| L100 | Case Assessment, Development and Administration | 3,102.00 | 0.00   |
| L210 | Pleadings                                     | 210.00   | 0.00     |
| L240 | Dispositive Motions                           | 1897.50  | 0.00     |
| L250 | Other Written Motions and Submissions         | 1307.50  | 0.00     |
| L200 | Pre-Trial Pleadings and Motions               | 3,415.00 | 0.00     |

Exhibit __A__
Page _6_ of _6_

Payments received in the same month as the date of this invoice will be reflected on the next in finance charge of .875% per month (10.5% per annum) will be charged on balances not paid within 30 days of the invoice date.