**MATTHEWS & ZAHARE, P.C.**
Attorneys at Law
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501
(907) 276-1516
Federal I.D. No. 92-0149452

|  |  |
|---|---|
| GE CI<br>Employers Reinsurance Corporation<br>Attn: Special Claims Department<br>5200 Metcalf Street, P.O. Box 2979<br>Overland Park  KS  66201-1379<br><br>Attn: Anne Payne<br><br>Bozeman v. Integrity Insurance, et al. | Page: 1<br>January 05, 2006<br>File No.     113-039M<br>Statement No:     10195<br><br><br><br><br><br>Interim Statement |

Insured: Integrity Insurance Agency, LLC
Claimant: Tanisha Bozeman
Claim No. 608035
Policy No. PAL101267-6

|  |  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|---|
| 11/04/2005 | | | | | | | |
| | TAM | L210 | A104 | Review/analyze court order re: service on Integrity. | 175.00 | 0.10 | 17.50 |
| 11/07/2005 | | | | | | | |
| | KGS | L120 | A104 | Review/analyze plaintiff's opposition to motion to dismiss. | 165.00 | 0.40 | 66.00 |
| 11/08/2005 | | | | | | | |
| | TAM | L250 | A104 | Review/analyze Plaintiff's opposition to motion to dismiss. | 175.00 | 0.50 | 87.50 |
| 11/10/2005 | | | | | | | |
| | KGS | L120 | A104 | Review/analyze plaintiff's opposition to dismiss and court order. | 165.00 | 0.80 | 132.00 |
| | KGS | L120 | A104 | Review/analyze legal authority cited by plaintiff. | 165.00 | 1.40 | 231.00 |
| 11/11/2005 | | | | | | | |
| | TAM | L250 | A104 | Review/analyze Plaintiff's arguments re: assertion of third-party beneficiary status and related issues re: special relationship for motion to dismiss. | 175.00 | 0.60 | 105.00 |
| | TAM | L250 | A103 | Draft/revise outline of responsive arguments for motion to dismiss. | 175.00 | 0.50 | 87.50 |
| 11/12/2005 | | | | | | | |
| | KGS | L210 | A103 | Draft/revise answer to complaint. | 165.00 | 0.60 | 99.00 |
| | KGS | L240 | A103 | Draft/revise reply to plaintiff's opposition to motion to dismiss. | 165.00 | 3.20 | 528.00 |

Exhibit B
Page 1 of 4

Bozeman v. Integrity Insurance, et al.

|  |  |  |  | Rate | Hours |  |
|---|---|---|---|---:|---:|---:|
| **11/14/2005** | | | | | | |
| TAM | L250 | A104 | Review/analyze draft reply brief. | 175.00 | 0.60 | 105.00 |
| KGS | L240 | A103 | Draft/revise reply on dismissal motion. | 165.00 | 1.10 | 181.50 |
| KGS | L240 | A104 | Review/analyze authority cited by plaintiff. | 165.00 | 0.80 | 132.00 |
| **11/15/2005** | | | | | | |
| TAM | L250 | A103 | Draft/revise supplemental sections of reply brief re: motion to dismiss dealing with arguments re: special relationship. | 175.00 | 1.20 | 210.00 |
| KGS | L240 | A103 | Draft/revise reply brief. | 165.00 | 1.40 | 231.00 |
| KGS | L240 | A104 | Review/analyze arguments on motion. | 165.00 | 0.20 | 33.00 |
| **11/16/2005** | | | | | | |
| KGS | L210 | A103 | Draft/revise answer to complaint. | 165.00 | 0.20 | 33.00 |
| **11/17/2005** | | | | | | |
| KGS | L210 | A103 | Draft/revise answer to complaint. | 165.00 | 0.50 | 82.50 |
| **11/28/2005** | | | | | | |
| TAM | L240 | A106 | Communicate (with client) Conference with R. Cook re: status, and likely timeline for resolution of pending motions. | 175.00 | 0.20 | 35.00 |
| TAM | L250 | A104 | Review/analyze court order re: preliminary hearing. | 175.00 | 0.10 | 17.50 |
| **12/13/2005** | | | | | | |
| KGS | L120 | A104 | Review/analyze proposed pretrial schedule. | 165.00 | 0.20 | 33.00 |
| KGS | L120 | A107 | Communicate (other outside counsel) with Progressive lawyer re: pretrial order and planning. | 165.00 | 0.20 | 33.00 |
| **12/14/2005** | | | | | | |
| KGS | L120 | A104 | Review/analyze correspondence from Progressive lawyer re: planning report. | 165.00 | 0.10 | 16.50 |
| **12/20/2005** | | | | | | |
| KGS | L310 | A104 | Review/analyze discovery to plaintiff. | 165.00 | 0.20 | 33.00 |
| **12/27/2005** | | | | | | |
| KGS | L120 | A104 | Review/analyze court order dismissing claims against client. | 165.00 | 0.30 | 49.50 |
| KGS | L120 | A104 | Review/analyze post-judgment deadlines. | 165.00 | 0.20 | 33.00 |
| KGS | L120 | A104 | Review/analyze court's entry of judgment. | 165.00 | 0.10 | 16.50 |
| **12/29/2005** | | | | | | |
| KGS | L120 | A104 | Review/analyze legal authority re: attorney's fees award. | 165.00 | 0.70 | 115.50 |
| KGS | L250 | A103 | Draft motion for attorney's fees. | 165.00 | 0.70 | 115.50 |
| KGS | L250 | A103 | Draft affidavit supporting attorney's fees motion. | 165.00 | 0.30 | 49.50 |

Exhibit B
Page 2 of 4

| | | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| GE CI | | | | | | January 05, 2006 |
| | | | | | File No. | 113-039M |
| | | | | | Statement No: | 10195 |

Bozeman v. Integrity Insurance, et al.

| | | | | | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| | KGS | L120 | A103 | Draft report to insurer and client. | 165.00 | 0.40 | 66.00 |
| 12/30/2005 | | | | | | | |
| | TAM | L250 | A104 | Review/analyze court orders re: Integrity dismissal. | 175.00 | 0.30 | 52.50 |
| | TAM | L250 | A103 | Draft/revise additional sections to status letter re: potential recovery of costs/fees in light of remaining claims. | 175.00 | 0.10 | 17.50 |
| | TAM | L250 | A104 | Review/analyze communications from Zipkin re: dismissal. | 175.00 | 0.10 | 17.50 |
| | | | | For Current Services Rendered | | 18.30 | 3,062.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thomas A. Matthews | 4.30 | $175.00 | $752.50 |
| Kenneth G. Schoolcraft | 14.00 | 165.00 | 2,310.00 |

### Expenses

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2005 | B110 | E101 | Copies at .10 per page (x79) | | 7.90 |
| 12/23/2005 | B110 | E105 | Telephone (Long Distance Nov./Dec. '05 - Fairbanks, AK (x1)) | | 0.88 |
| 12/31/2005 | B110 | E101 | Copies at .10 per page (x3) | | 0.30 |
| | | | Total Expenses | | 9.08 |
| | | | Total Fees and Expenses Accrued This Statement | | 3,071.58 |
| | | | Previous Balance | | $6,656.48 |

### Payments

| | | |
|---|---|---|
| 12/12/2005 | Regular Payment (Westport Insurance Co. ACH payment received in account 12/12/05; Stmt. 10058 in partial ($5,000 of invoice withheld as client insured's deductible)) | -1,656.48 |
| | Balance Due | $8,071.58 |

### Billing History

| Fees | Expenses | Finance Charge | Payments |
|---|---|---|---|
| 9,579.50 | 148.56 | 0.00 | 1,656.48 |

### Task Code Summary

| | | | Expenses |
|---|---|---|---|
| B110 | Case Administration | 0.00 | 9.08 |
| B100 | Administration | 0.00 | 9.08 |
| L120 | Analysis/Strategy | 792.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 792.00 | 0.00 |

Exhibit B
Page 3 of 4

GE CI

| | | | Page: | 4 |
|---|---|---|---|---|
| | | | January 05, 2006 | |
| | | | File No. | 113-039M |
| | | | Statement No: | 10195 |

Bozeman v. Integrity Insurance, et al.

| | | | Expenses |
|---|---|---|---|
| L210 | Pleadings | 232.00 | 0.00 |
| L240 | Dispositive Motions | 1140.50 | 0.00 |
| L250 | Other Written Motions and Submissions | 865.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 2,237.50 | 0.00 |
| L310 | Written Discovery | 33.00 | 0.00 |
| L300 | Discovery | 33.00 | 0.00 |

Exhibit B
Page 4 of 4

Payments received in the same month as the date of this invoice will be reflected on the next in finance charge of .875% per month (10.5% per annum) will be charged on balances not paid within 30 days of the invoice date.