Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com


Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC )<br>)<br>Defendant. )<br>_____) | Case No. A05-cv-178-JKS |

PROGRESSIVE'S PRELIMINARY WITNESS LIST
(USDC Local Rule 16.1(c)(1))

Defendant Progressive Casualty Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby list the following witnesses it expects to call at the time of trial:

1.  Alan Blizzard, P.T.
    Alaska Spine Institute
      Physical Therapy and Rehabilitation
    3801 University Lake Drive, Suite 200
    Anchorage, Alaska 99508
    Phone: (907) 563-8681

2.  Tanisha Bozeman
    c/o P. Dennis Maloney, Esq.
    P. Dennis Maloney, P.C.
    2525 C Street, Suite 425
    Anchorage, Alaska  99503
    Phone: (907) 349-4212

3.  Harold F. Cable, M.D.
    Healthsouth Diagnostic Center of Anchorage
    4100 Lake Otis Parkway, Suite 102
    Anchorage, Alaska 99508
    Phone: (907) 550-6168

4.  Dr. Eva Carey, M.D.
    Alaska Emergency Medicine Associates
    3427 E Tudor Road, Suite A
    Anchorage, Alaska 99507
    Phone: (907) 565-8055

5.  Cort Chambers
    c/o Gary Zipkin
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska 99501
    Phone: (907) 793-2200

6.  Peter Courtnage, D.Ac., Psy.D.
    Jade Acupuncture & Behavioral Health, LLC
    2550 Denali, Suite 1401
    Anchorage, Alaska 99503
    Phone: (907) 243-3031

7.  Sandra Davis
    RIM Architects
    645 G Street, Suite 400
    Anchorage, Alaska 99501
    Phone: (907) 258-7777

8.  Mary Downs, M.D.
    Neurological Consultants of Alaska, LLC
    DeBarr Road, Suite 413
    Anchorage, Alaska 99501
    Phone: (907) 277-1623

9.  Lawrence J. Ellison
    State Farm Mutual Automobile Ins. Co.
    P.O. Box 241729
    Anchorage, Alaska 99524
    Phone: (907) Unknown

10. Officer Faagau
    Anchorage Police Department
    4501 Bragaw Street
    Anchorage, Alaska 9901
    Phone: (907) 768-8500

11. Michelle Garner
    State Farm Credit Service Center
    P.O. Box 241729
    Anchorage, Alaska 99524-1729
    Phone: (907) 261-3700

12. Chakri Inampjdi. M.D.
    Alaska Radiology Consultants
    4001 Dale Street, Suite 105
    Anchorage, Alaska 99508
    Phone: (907) 563-3679

13. Rena Ivanov
    1419 Chirikoe
    Anchorage, Alaska 99507
    Phone: (907) 562-5586

14. Jeanna
    Alaska Health Quest, Inc.
    4138 Brantley Place
    Anchorage, Alaska 99508
    Phone: (907) 563-3663

15. Olin T. Jensen
    Anchorage Fire Department
    100 E. 4th Avenue
    Anchorage, Alaska 99501
    Phone: (907) 267-4944

16. Susan S. Klimow, M.D.
    Rehabilitation Medicine Associates, P.C.
    3260 Providence Drive, Suite 324
    Anchorage, Alaska 99515
    Phone: (907) 563-8876

17. Christopher L. Kottra, M.D.
    4001 Dale Street, Suite 105
    Anchorage, Alaska 99508
    Phone: (907) 563-3679

18. Kristel Komakhuk
    5350 Lake Otis, Apt #3
    Anchorage, Alaska 99507
    Phone: (907) unknown

19. Kenneth Linville, Jr.
    504 L Street, Suite 305
    Anchorage, Alaska 99501
    Phone: (907) 272-9515

20. C. Jerry Little, M.D.
    Primary Care Associates
    US HealthWorks Medical Group, LLC
    4100 Lake Otis Parkway, Suite 322
    Anchorage, Alaska 99508
    Phone: (907) 562-1234

21. Charlene A. Long, Sr. Claims Representative
    Progressive Casualty Insurance Company
    P.O. Box 89401
    Cleveland, Ohio 44101
    Phone: (800) 678-2624 x37634

22. Barry Matthisen, D.C.
    Alaska Back Care Center
    1000 East Diamond Boulevard, Suite 202
    Anchorage, Alaska 99515
    Phone: (907) 349-4212

23. David A. Moeller, M.D.
    4001 Dale Street, Suite 105
    Anchorage, Alaska 99508
    Phone: (907) 563-3679

24. Victor Montano
    9750 Vanguard, Apt. #53
    Anchorage, Alaska 99516
    Phone: (907) 884-4798

25. Roberto Nabong
    Address Unknown
    Anchorage, Alaska 99503
    Phone: (907) 562-0312

26. Providence Imaging Center
    P.O. Box 196276
    Anchorage, Alaska 99519-6276
    Phone: (907) 565-6500

27. Ivan Ramirez, M.D.
    Alaska Emergency Medicine Associates
    3427 E Tudor Road, Suite A
    Anchorage, Alaska 99507
    Phone: (907) 565-8055

28. Joseph Serghany, M.D.
    Sunshine Imaging Associates / Motion Imaging
    1000 E. Diamond, Suite 202
    Anchorage, Alaska 99515
    Phone: (907) 349-4244

29. Edward M. Voke, M.D.
    Orthopedic Physicians Anchorage
    3340 Providence Drive #564
    Anchorage, Alaska 99508
    Phone: (907) 562-2277

30. Shelley Williams, LPN
    Primary Care Associates
    US HealthWorks Medical Group, LLC
    4100 Lake Otis Parkway, Suite 322
    Anchorage, Alaska 99508
    Phone: (907) 562-1234

31. Penny Winchester
    Human Resources Executive Assistant
    RIM Architects
    645 G Street, Suite 400
    Anchorage, Alaska 99501
    Phone: (907) 258-7777

32. Karl E. Zapf
    Anchorage Fire Department
    100 E. 4th Avenue
    Anchorage, Alaska 99501
    Phone: (907) 267-4944

33. Any and all witnesses designated on any other party's witness list.

34. All witnesses deposed in this case.

35. Any and all witnesses whose identities may be revealed through ongoing discovery.

36. Any and all witnesses necessary for rebuttal.

37. Any and all witnesses necessary for the authentication of documents.

Progressive will separately disclose and identify the expert witnesses it intends to call at trial in accordance with Federal Rule of Civil Procedure 26(a)(2) and the court's Scheduling and Planning Order.

DATED at Fairbanks, Alaska, this 17th day of January, 2006.

                      GUESS & RUDD P.C.
                      Attorneys for Defendants

By:     S/Aisha Tinker Bray
       Guess & Rudd P.C.
       100 Cushman Street, Suite 500
       Fairbanks, Alaska 99701
       Phone: 907-452-8986
       Fax: 907-452-7015
       Email: atbray@guessrudd.com
       Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
17th day of January, 2006, a copy
of the foregoing document was served
electronically on:

P. Dennis Maloney, Esq.
Thomas A. Matthews, Esq.

Guess & Rudd P.C.

By:   S/Aisha Tinker Bray