Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC )<br>)<br>   Defendant. )<br>_____ ) | 3:05-cv-178-JKS |

PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT

   Defendant Progressive Casualty Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby moves to enforce the settlement in this matter between itself and plaintiff Tanisha Bozeman, as set forth in the memorandum in support of this motion, and Affidavits of Gary A. Zipkin in support of this motion all filed herewith.

USDC Case No. 3:05-cv-178-JKS    Bozeman v. Progressive Casualty
Progressive's Motion to Enforce Settlement
Page 1 of 2

DATED at Fairbanks, Alaska, this 10th day of March, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive Casualty
Insurance Company

By: _____S/Aisha Tinker Bray_____
        Guess & Rudd P.C.
        100 Cushman Street, Suite 500
        Fairbanks, Alaska  99701
        Phone: 907-452-8986
        Fax:   907-452-7015
        Email: atbray@guessrudd.com
        Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of March, 2006, a copy
of the foregoing document was served
by U.S. Mail/electronically on:

P. Dennis Maloney, Esq.
Thomas A. Matthews, Esq.

Guess & Rudd P.C.


By:____S/Aisha Tinker Bray____

USDC Case No. 3:05-cv-178-JKS    Bozeman v. Progressive Casualty
Progressive's Motion to Enforce Settlement
Page 2 of 2