Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE CASUALTY ) | 3:05-cv-178-JKS |
| INSURANCE COMPANY and ) | |
| INTEGRITY INSURANCE ) | |
| AGENCY, LLC ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER ENFORCING SETTLEMENT

Defendant Progressive Casualty Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., having moved for an order enforcing the settlement between itself and plaintiff Tanisha Bozeman in this matter, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Progressive's Motion to Enforce Settlement is GRANTED. The parties entered into a legal binding contract to settle this matter on January 3, 2006 with Progressive paying plaintiff the sum of $25,250 in return for

plaintiff's dismissal with prejudice of all her claims and lawsuits.  The parties shall implement this settlement by exchanging an appropriate release of claim for the settlement proceeds, and filing the appropriate stipulations for dismissal in both this case and the state court case forthwith.

DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
10th day of March, 2006, a copy
of the foregoing document was served
by U.S. Mail/electronically on:

P. Dennis Maloney, Esq.
Thomas A. Matthews, Esq.

Guess & Rudd P.C.

By: \_\_\_\_\_S/Aisha Tinker Bray\_\_\_\_