Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TANISHA BOZEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PROGRESSIVE CASUALTY INSURANCE | ) | 3:05-cv-178-JKS |
| COMPANY, and INTEGRITY | ) | |
| INSURANCE AGENCY, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ADVICE TO COURT
RE PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT

Defendant Progressive Casualty Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby advises the court that it re-served today its Motion to Enforce Settlement with the supporting memorandum and proposed order on plaintiff's counsel P. Dennis Maloney, because Mr. Maloney asserted that he never received a copy with the original filing and service.

USDC Case No. 3:05-cv-178-JKS   Bozeman v. Progressive Casualty
Advice of Court Re Progressive's Motion to Enforce Settlement
Page 1 of 2

As such Progressive has agreed that plaintiff's opposition to Progressive's motion shall be due on April 18, 2006.

DATED at Fairbanks, Alaska, this 31st day of March, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive Casualty
Insurance Company

By: _____/s/Aisha Tinker Bray_____
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Fairbanks, Alaska  99701
Phone: 907-452-8986
Fax:   907-452-7015
Email: atbray@guessrudd.com
Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by U.S. Mail on:

P. Dennis Maloney, Esq.
2525 "C" Street, Suite 425
Anchorage, Alaska 99503

Guess & Rudd P.C.

By:___/s/Aisha Tinker Bray___

USDC Case No. 3:05-cv-178-JKS  Bozeman v. Progressive Casualty
Advice of Court Re Progressive's Motion to Enforce Settlement
Page 2 of 2