Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, and INTEGRITY INSURANCE AGENCY, LLC | ) 3:05-cv-178-TMB ) ) |
| | ) |
| Defendant. | ) |
| | ) |

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S
OPPOSITION TO PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT

Defendant Progressive Casualty Insurance Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby moves this court for an extension of time for plaintiff to file her opposition to Progressive's Motion to Enforce Settlement. Today, Progressive re-served its motion with the supporting memorandum, exhibits, and proposed order on plaintiff's counsel, P. Dennis Maloney, based on Mr. Maloney's recent assertion that he never received a copy with the original filing and service. The undersigned has spoken with plaintiff's attorneys and they do not oppose this motion for an extension of time.

As such, plaintiff's opposition to Progressive's Motion to Enforce Settlement shall be due on April 18, 2006 as if originally served today.

DATED at Fairbanks, Alaska, this 31st day of March, 2006.

                GUESS & RUDD P.C.
                Attorneys for Progressive Casualty
                Insurance Company

By:     /s/Aisha Tinker Bray
       Guess & Rudd P.C.
       100 Cushman Street, Suite 500
       Fairbanks, Alaska  99701
       Phone: 907-452-8986
       Fax:   907-452-7015
       Email: atbray@guessrudd.com
       Alaska Bar No. 9505028

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by U.S. Mail on:

P. Dennis Maloney, Esq.
2525 "C" Street, Suite 425
Anchorage, Alaska 99503

Guess & Rudd P.C.


By:    /s/Aisha Tinker Bray

USDC Case No. 3:05-cv-178-TMB   Bozeman v. Progressive Casualty
Unopposed Motion for Extension of Time for Plaintiff's Opposition to
Progressive's Motion to Enforce Settlement
Page 2 of 2