Aisha Tinker Bray
Guess & Rudd P.C.
100 Cushman Street, Suite 500
Anchorage, Alaska 99701
(907) 452-8986 Telephone
(907) 452-7015 Facsimile
E-mail: atbray@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>PROGRESSIVE CASUALTY INSURANCE )<br>COMPANY, and INTEGRITY )<br>INSURANCE AGENCY, LLC )<br>)<br>    Defendant. )<br>_____) | 3:05-cv-178-TMB |

PROPOSED ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF'S
OPPOSITION TO PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT

    Defendant Progressive Casualty Insurance Company ("Progressive"), having moved in an unopposed motion for an extension of time for plaintiff to file her opposition to Progressive's Motion to Enforce Settlement, and the court being duly advised in the premises,

    IT IS HEREBY ORDERED that plaintiff's opposition to Progressive's Motion to Enforce Settlement shall be due on April 18, 2006.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by U.S. Mail on:

P. Dennis Maloney, Esq.
2525 "C" Street, Suite 425
Anchorage, Alaska 99503

Guess & Rudd P.C.


By:_____/s/Aisha Tinker Bray_____

USDC Case No. 3:05-cv-178-TMB  Bozeman v. Progressive Casualty
Proposed Order Granting Extension of Time for Plaintiff's Opposition to
Progressive's Motion to Enforce Settlement
Page 2 of 2