IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROGRESSIVE CASUALTY INSURANCE ) | 3:05-cv-178-TMB |
| COMPANY, and INTEGRITY ) | |
| INSURANCE AGENCY, LLC ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF'S
OPPOSITION TO PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT

Having moved in an unopposed motion for an extension of time for plaintiff to file her opposition to Progressive's Motion to Enforce Settlement,

IT IS HEREBY ORDERED that plaintiff's opposition to Progressive's Motion to Enforce Settlement shall be due on April 18, 2006.

DATED at Anchorage, Alaska, this 4th day of April, 2006.

/s/ Timothy M. Burgess
Honorable Timothy M. Burgess
U.S. District Court Judge