P. Dennis Maloney, Esq.
P. DENNIS MALONEY, P.C.
2525 C Street, Ste. 425
Anchorage, AK  99503
(907) 770-0007
e-mail: dennis@alaska-attorney.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY and INTEGRITY INSURANCE AGENCY, LLC., | ) ) ) ) ) |
| Defendant. | ) ) |
| | ) Case No. A05-178 CV (JKS) |

### AFFIDAVIT OF P. DENNIS MALONEY

STATE OF ALASKA         )
                                        ) ss.
THIRD JUDICIAL DISTRICT  )

  P. Dennis Maloney, being first duly sworn, deposes and states as follows:

  1. I am the attorney representing Tanisha Bozeman in the above-referenced matter.

  2. Regardless of what Mr. Zipkin says in his affidavit, I never told him that I had Ms. Bozeman's permission to accept any settlement amount Progressive has offered in this case.  That is because my client never gave me

authority to accept any offer Progressive has made in this case and I am not in the practice of telling opposing lawyers that my client agreed to something unless I have that authority. Otherwise, I wouldn't have lasted 32 years as a lawyer in Alaska.

3. I told Mr. Zipkin that, if Progressive offered a certain amount, I would recommend it to my client. However, I never represented that I had my client's authority to enter into a settlement.

4. In fact, I did exactly what I told Mr. Zipkin I would do: I recommended that my client accept the settlement funds offered by Progressive. My client refused to accept that amount. When I tried to persuade her further, she threatened to fire me and I had other attorneys calling me and asking me if I still represented her.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
P. Dennis Maloney
Alaska Bar Assoc. No. 7410089

SWORN TO AND SUBSCRIBED TO before me this 3rd day of April 2006.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF ALASKA
My Commission Expires: 10·04·09

Affidavit of Dennis Maloney
*Bozeman v. Progressive*
Case No. A05-0178 CV (JKS)
Page 2 of 2