P. Dennis Maloney, Esq.
P. DENNIS MALONEY, P.C.
2525 C Street, Ste. 425
Anchorage, AK  99503
(907) 770-0007
e-mail: dennis@alaska-attorney.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY and ) | |
| INTEGRITY INSURANCE ) | |
| AGENCY, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A05-178 CV (JKS) |

### AFFIDAVIT OF TANISHA BOZEMAN

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Tanisha Bozeman, being first duly sworn, deposes and states as follows:

1. My attorney in this case is Dennis Maloney.

2. I met with Mr. Maloney on January 11, 2006 and told him I would not accept the settlement offer Progressive made. This is the first time I discussed the settlement offer with Mr. Maloney. Mr. Maloney tried to persuade me to accept the offer, but I said, No.

3.  The next day, January 12, 2006, Mr. Maloney called me and insisted that I accept the offer. I again refused and began looking for another lawyer.

4.  I never authorized Mr. Maloney or anyone else at his firm to accept an offer in the amount of $25,350.00,

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Tanisha Bozeman_
Tanisha Bozeman

SWORN TO AND SUBSCRIBED TO before me this ___ day of April 2006.

[Notary Seal: KRISTY A. RUNNION, NOTARY PUBLIC, STATE OF ALASKA]

NOTARY PUBLIC IN AND FOR
THE STATE OF ALASKA
My Commission Expires: 3/10/2001