# Wednesday, January 11, 2006

| Time | |
|---|---|
| 8 | |
| 9 | ▬▬▬▬▬▬▬▬▬▬ |
| 10 | |
| 11 | |
| 12 | |
| 1 | ▬▬▬▬▬▬ |
| 2 | ▬▬▬▬▬▬▬▬ |
| 3 | ▬▬▬▬▬ ▬▬▬▬▬▬ |
| 4 | PDM w/ Tanisha Bozeman |
| 5 | |
| 6 | |
| All Day | ▬▬▬▬▬▬▬▬▬▬ |

To-Do List Wed, Jan 11

[redacted]