1/12/6 - BOZEMAN

(JC) client
  Q: she wants to fire us

☐ - Re:
  ↳ Another [redacted]
    lawyer

- 25K offer out there
- Need another attorney

[remainder of page redacted]