☐ - ANNULAR TEARS - in Back.

(• ZADKIN SAYS ITS A CROCK")

↳ contends about (ANNULAR TEARS)
ANNULAR TEARS Being DIAGNOSED BY FACET INJS.

☐ - POSSIBILITY IS TO ARRANGE FOR A MTG
(w/) VONDER HEITS

on uranium claims = like life ins + leans + apply

☐ -