Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PROGRESSIVE CASUALTY ) | 3:05-cv-178-JKS |
| INSURANCE COMPANY and ) | |
| INTEGRITY INSURANCE ) | |
| AGENCY, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

REQUEST FOR ORAL ARGUMENT

Progressive Insurance Casualty Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby requests oral argument on its Motion to Enforce Settlement at Docket No. 35.

DATED at Anchorage, Alaska, this 19th day of April, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

By:     S/Gary A. Zipkin
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska 99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048

F:\data\5200\117\corresp\11reqoral.doc

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2006, I mailed a true and correct copy of the foregoing document to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska 99503

AND SERVED ELECTRONICALLY ON:

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501

Guess & Rudd P.C.

By:_____