Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN,    )<br>           )<br>     Plaintiff,)<br>           )<br>vs.        )<br>           )<br>PROGRESSIVE CASUALTY)<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC        )<br>           )<br>     Defendants.  )<br>_____) | Case No. 3:05-cv-178-JKS |

NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT

      Progressive Insurance Casualty Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby withdraws its Motion to Enforce Settlement at Docket No. 35.

Bozeman v. Progressive; Case No. 3:05-cv-178-JKS
Notice of Withdrawal of Motion to Enforce Settlement
Page 1 of 2

DATED at Anchorage, Alaska, this 8th day of May, 2006.

                    GUESS & RUDD P.C.
                    Attorneys for Defendants

By:     S/Gary A. Zipkin
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska  99501
      Phone: 907-793-2200
      Fax:   907-793-2299
      Email: gzipkin@guessrudd.com
      Alaska Bar No. 7505048

F:\data\5200\117\pleading\15gaz not withdraw.doc

CERTIFICATE OF SERVICE

I hereby certify that on the
8th day of May, 2005, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska  99503

AND BY ELECTRONIC COPY TO:

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Guess & Rudd P.C.

By:_____

Bozeman v. Progressive; Case No. 3:05-cv-178-JKS
Notice of Withdrawal of Motion to Enforce Settlement
Page 2 of 2