Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN,              )<br>                               )<br>        Plaintiff,)<br>                               )<br>vs.                            )<br>                               )<br>PROGRESSIVE CASUALTY)<br>INSURANCE COMPANY and     )<br>INTEGRITY INSURANCE      )<br>AGENCY, LLC                   )<br>                               )<br>        Defendants.    )<br>_____) | Case No. 3:05-cv-178-JKS |


NOTICE OF SETTLEMENT


   Progressive Insurance Casualty Company ("Progressive"), by and through its attorneys, Guess & Rudd P.C., hereby informs the court that a settlement has been reached.  A Stipulation for Dismissal With Prejudice will be filed as soon as a release is executed.

Case 3:05-cv-00178-TMB   Document 45   Filed 05/08/2006   Page 2 of 2

DATED at Anchorage, Alaska, this 8th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Defendants

By:     S/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048

F:\data\5200\117\pleading\16gaz not settlement.doc

CERTIFICATE OF SERVICE

I hereby certify that on the
8th day of May, 2005, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska  99503

AND BY ELECTRONIC COPY TO:

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Guess & Rudd P.C.

By:_____

Bozeman v. Progressive; Case No. 3:05-cv-178-JKS
Notice of Settlement
Page 2 of 2