Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC )<br>)<br>        Defendant. )<br>_____ ) | Case No. 3:05-cv-178-JKS |

STIPULATION FOR DISMISSAL WITH PREJUDICE

        The parties, by and through their respective attorneys,
hereby stipulate and agree that all claims asserted by Tanisha
Bozeman against Progressive Casualty Insurance Company and
Integrity Insurance Agency, LLC are hereby dismissed in their

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

entirety, with prejudice, each party bearing its own costs and attorney's fees.

This dismissal is the compromise of disputed claims and is not to be construed as an admission of liability or fault on the part of Progressive Casualty Insurance Company or Integrity Insurance Agency, LLC, by whom all liability and fault is expressly denied.

DATED at Anchorage, Alaska, this ____ day of May, 2006.

P. DENNIS MALONEY P.C.
Attorneys for Plaintiff

By: _____
for P. Dennis Maloney
Alaska Bar No. 7410089

DATED at Anchorage, Alaska, this ____ day of May, 2006.

GUESS & RUDD P.C.
Attorneys for Progressive Casualty
Insurance Company

By: _____
Gary A. Zipkin
Alaska Bar No. 7505048

LAW OFFICES OF
**Guess & Rudd** P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Bozeman v. Progressive, et al; Case No. 3:05-cv-178-JKS
Stipulation for Dismissal With Prejudice

Page 2 of 3

DATED at Anchorage, Alaska, this ___19___ day of May, 2006.

MATTHEWS & ZAHARE, P.C.
Attorneys for Integrity Insurance
Agency, LLC

By: _____
Thomas A. Matthews
Alaska Bar No. 8511179

F:\data\5200\117\pleading\09stpdms.doc

CERTIFICATE OF SERVICE

I hereby certify that on the
23rd day of May, 2006, I
mailed a true and correct
copy of the foregoing document
to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska  99503

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Guess & Rudd P.C.

By: Karen L. Helton

LAW OFFICES OF
Guess & Rudd
P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Bozeman v. Progressive, et al; Case No. 3:05-cv-178-JKS
Stipulation for Dismissal With Prejudice

Page 3 of 3