Gary A. Zipkin
Aisha Tinker Bray
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: gzipkin@guessrudd.com

Attorneys for Progressive Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANISHA BOZEMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROGRESSIVE CASUALTY )<br>INSURANCE COMPANY and )<br>INTEGRITY INSURANCE )<br>AGENCY, LLC )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cv-178-JKS |

ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, and the court being duly advised in the premises,

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Bozeman v. Progressive, et al.; Case No. 3:05-cv-178-JKS
Order of Dismissal With Prejudice
Page 1 of 2

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, with prejudice, each party bearing its own costs and attorney's fees.

DATED at Anchorage, Alaska, this ____ day of May, 2006.

_____
The Honorable James K. Singleton
United States District Court Judge

F:\data\5200\117\pleading\09orderdms.doc

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2006, I mailed a true and correct copy of the foregoing document to the following counsel of record:

P. Dennis Maloney, Esq.
P. Dennis Maloney, P.C.
2525 C Street, Suite 425
Anchorage, Alaska  99503

Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska  99501

Guess & Rudd P.C.

BY: /s/ Karen L. Hetton

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Bozeman v. Progressive, et al.; Case No. 3:05-cv-178-JKS
Order of Dismissal With Prejudice
Page 2 of 2